**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE subscriber assigned IP )<br>Address 96.245.212.200, )<br>)<br>Defendant. )<br>) | Civil Case No. 2:18-cv-01294-MAK |

## NOTICE OF SERVICE

Per this Court's order [CM/ECF #4] dated March 29, 2018, Plaintiff, Malibu Media, LLC, hereby gives notice of service of a third party subpoena on subscriber's ISP, Verizon Internet Services, on March 30, 2018.

Dated: March 30, 2018.

                                              Respectfully submitted,

                                              FIORE & BARBER, LLC

By:   /s/ *Christopher P. Fiore*
       Christopher P. Fiore, Esquire
       418 Main Street, Suite 100
       Harleysville, PA 19438
       Tel: (215) 256-0205
       Fax: (215) 256-9205
       Email: cfiore@fiorebarber.com
       PA Attorney ID: 83018
       **ATTORNEYS FOR PLAINTIFF**